IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00039-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.    OAI QUANG LUONG,

       Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT OAI QUANG LUONG**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Oai Quang Luong pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On January 25, 2012, the grand jury charged defendant Oai Quang Luong in Counts 1 through 11 and 17 through 20 with violations of Title 18 United States Code, Sections 1343 and 2; and in Counts 14 and 16 with violations of Title 18, United States Code, Section 1957(a). The Indictment also sought forfeiture against defendant Oai Quang Luong, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(1), all property involved in or traceable to property involved in such offenses,

1

including but not limited to a money judgment in the amount of the proceeds obtained from such offenses. (Doc. 1).

On May 22, 2013, the United States and defendant Oai Quang Luong entered into a Plea Agreement, which plea was accepted on May 22, 2013, and which provides a factual basis and cause to issue a personal money judgment under Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure. (Doc. 145).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT $400,974.27 is subject to forfeiture as proceeds obtained by defendant Oai Quang Luong through commission of the offenses in Counts 1, 17, and 19 for which he has pleaded guilty.

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Oai Quang Luong in the amount of $400,974.27 shall be entered in accordance with Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

SO ORDERED this 31st day of July, 2013.

                                                 BY THE COURT:

                                                 _____
                                                 R. BROOKE JACKSON
                                                 United States District Court Judge