IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00039-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ROGER KEITH HOWARD,

    Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT
AGAINST DEFENDANT ROGER KEITH HOWARD**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Roger Keith Howard pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On January 25, 2012, the grand jury charged defendant Roger Keith Howard in Counts 1 through 11 and 17 through 20 with violations of Title 18 United States Code, Sections 1343 and 2; and in Counts 12, 13, 15, and 21 with violations of Title 18, United States Code, Section 1957(a). The Indictment also sought forfeiture against defendant Roger Keith Howard, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(1), all property involved in or traceable to property involved in such offenses,

1

including but not limited to a money judgment in the amount of the proceeds obtained from such offenses. (Doc. 1).

On June 21, 2013, the United States and defendant Roger Keith Howard entered into a Plea Agreement, which plea was accepted on June 21, 2013, and which provides a factual basis and cause to issue a personal money judgment under Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure. (Doc. 157).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT $8,514,312.67 is subject to forfeiture as proceeds obtained by defendant Roger Keith Howard through commission of the offenses in Counts 1, 17, and 19 for which he has pleaded guilty.

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Roger Keith Howard in the amount of $8,514,312.67 shall be entered in accordance with Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

SO ORDERED this 30th day of October, 2013.

                              BY THE COURT:

                              _____
                              R. BROOKE JACKSON
                              United States District Court Judge